BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
kwesley@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

LAW OFFICES OF GARY FREEDMAN
Gary Freedman (State Bar No. 49922)
goromans@aol.com
1149 Third Street, Suite 200
Santa Monica, California 90403
Telephone: (310) 576-2444
Facsimile: (310) 576-2440

Attorneys for Plaintiff Brighton Collectibles, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRIGHTON COLLECTIBLES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PUBLISHERS CLEARING HOUSE, LLC a New York limited liability company,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Brighton Collectibles, LLC, as and for its complaint against defendant Publishers Clearing House, LLC, alleges as follows:

**PARTIES**

1. Plaintiff Brighton Collectibles, LLC ("Brighton" or "Plaintiff") is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in the County of Los Angeles.

2. Plaintiff is informed and believes, and thereon alleges, that defendant Publishers Clearing House, LLC ("PCH") is a limited liability company organized and existing under the laws of the State of New York, with its principal place of business in Port Washington, New York. Plaintiff is informed and believes, and thereon alleges, that PCH is qualified to do business, and is doing business, in this judicial district.

**JURISDICTION AND VENUE**

3. This Court has original jurisdiction of this action under 28 U.S.C. sections 1331, 1337, and 1338 in that the claims herein arise under federal copyright laws (17 U.S.C. §101 et seq.).

4. This district is the proper venue for this action, as a substantial part of the events and omissions giving rise to the claims herein occurred in this district, and PCH is subject to personal jurisdiction in this district.

5. Plaintiff is informed and believes, and thereon alleges, that PCH regularly markets and sells goods, including but not limited to the goods in issue in this case, to customers in this district.

**GENERAL ALLEGATIONS**

**A. Brighton Is A Leading Designer and Manufacturer of Women's Fashion Accessories.**

6. Plaintiff designs and manufactures women's fashion accessories, including handbags, wallets, belts, sunglasses, watches, jewelry and other products that sell under the trademark "Brighton." For more than 25 years, Plaintiff has been

continuously engaged in designing, manufacturing, distributing, and selling its "Brighton" fashion accessories nationwide. Plaintiff's business employs over 500 people at a factory in the City of Industry, California, as well as hundreds of personnel around the country.

7. Over the years that Plaintiff has been in existence, its Brighton fashion accessories have gained a nationwide reputation for style and quality. Plaintiff is an acknowledged industry leader, recognized for unique and innovative styling, outstanding workmanship, and the use of high-quality materials. Plaintiff sells its accessories through small "specialty" or "boutique" stores, not in discount stores or mail-order catalogues.

8. Plaintiff has created and is the exclusive owner of copyrighted designs used in connection with its fashion accessories. Plaintiff's copyrighted designs include the "Heart Conch" jewelry design, VA 866-097, registered with the Copyright Office effective December 31, 1997. The Heart Conch design was originally registered by Plaintiff's predecessor-in-interest, Leegin Creative Leather Products, Inc., however Plaintiff is now the legal owner of all rights in the Heart Conch copyright and registration.

9. A copy of the Heart Conch copyright registration is attached hereto as Exhibit A and incorporated herein by this reference.

10. A picture of Brighton's "Heart Conch" jewelry design is attached hereto as Exhibit B and incorporated herein by this reference.

11. Since the early 1990s, Plaintiff's Brighton products have been, and continue to be, extensively advertised and sold throughout the United States. As a result of Plaintiff's sales and advertising, in the minds of consumers, Plaintiff's copyrighted designs have come to symbolize Brighton, its high-quality goods, and its reputation and goodwill. Plaintiff's copyrights have thus become valuable assets.

12. The Heart Conch in particular has been utilized on multiple Brighton products, including a belt and handbags. The Heart Conch has been incorporated on

Brighton products that have been advertised and sold in thousands of stores nationwide.

**B. <u>PCH Infringes Upon Brighton's Copyright</u>.**

13. Plaintiff is informed and believes, and thereon alleges, that PCH, having recognized the consumer awareness and goodwill associated with Plaintiff's Brighton fashion accessories, traded upon Brighton's goodwill by displaying, importing, distributing, marketing, and/or selling, without the permission or knowledge of Plaintiff, cheap imitations of Brighton accessories that use Plaintiff's copyrighted "Heart Conch" design. Appended hereto as Exhibit C are pages from a PCH catalog that include handbags and related accessories incorporating copies of the "Heart Conch" design – i.e., the "Infringing Products."

14. On information and belief, PCH has advertised and sold the Infringing Products to consumers. On information and belief, the Infringing Products are marketed and sold at prices significantly below those charged for Brighton's accessories by specialty or boutique stores.

15. Plaintiff is informed and believes, and thereon alleges, that PCH was at all times aware that its Infringing Products resemble Brighton's accessories so closely that consumers are likely to be, and in fact have been, confused as to the source of the Infringing Products. Plaintiff is informed and believes that this resemblance is the primary reason why PCH markets and sells the Infringing Products.

16. Plaintiff is informed and believes, and thereon alleges, that PCH has received a direct financial benefit from marketing and selling products incorporating Plaintiff's copyright, in an amount that is unknown to Plaintiff.

17. Plaintiff is informed and believes, and thereon alleges, that PCH products are inferior in quality to Plaintiff's products and that consumers who have purchased PCH products, or seen them in public, and believed them to be Plaintiff's or affiliated with Plaintiff, have been disappointed by PCH's products.

18. Plaintiff is informed and believes, and thereon alleges, that the Infringing Products have been advertised, marketed, and/or sold to a substantial number of consumers, thus decreasing the uniqueness of Plaintiff's accessories. As a result, PCH's marketing, sale, and distribution of the Infringing Products has damaged and will continue to damage Plaintiff's reputation and goodwill.

19. Plaintiff is informed and believes, and thereon alleges, that PCH's marketing, sale, and distribution of the Infringing Products has caused Plaintiff to lose sales and profits.

20. PCH's acts have caused, and will continue to cause, irreparable harm and injury to Plaintiff for which Plaintiff has no adequate remedy at law. Accordingly, PCH should be enjoined and restrained from directly or indirectly manufacturing, distributing, importing, exporting, advertising, offering for sale, or selling any product that copies Plaintiff's copyrights. Pursuant to 17 U.S.C. section 502, Plaintiff is therefore entitled to a preliminary and permanent injunction against PCH's continuing acts of infringement. Plaintiff is further entitled to an order impounding and destroying all infringing product in PCH's possession, custody or control.

## FIRST CLAIM FOR RELIEF

**(Against PCH for Copyright Infringement)**

21. Plaintiff re-alleges and incorporates herein by reference each and every allegation set forth above in paragraphs 1 through 20, inclusive.

22. Plaintiff has complied in all respects with the copyright laws of the United States, 17 U.S.C. §101 et seq., and has secured the exclusive rights and privileges in and to the Heart Conch copyright.

23. PCH had access to Plaintiff's Heart Conch copyrighted design, as established by, among other things, the widespread availability of pictures of Plaintiff's products incorporating that design, the fact that Plaintiff's products are well known in the industry and in the public, the fact that Plaintiff's products are

sold in thousands of retail stores throughout the country, and the fact that PCH's Infringing Products are strikingly similar in design to Plaintiff's copyright.

24. PCH infringed Plaintiff's Heart Conch copyright by incorporating substantially similar designs into its products, which are marketed and sold to consumers and/or retailers, without Plaintiff's permission.

25. PCH infringed the Heart Conch copyright willfully.

26. Plaintiff is entitled to actual damages and PCH's profits.

27. PCH's acts have caused and will continue to cause irreparable harm to Plaintiff unless restrained by this Court. Plaintiff has no adequate remedy at law. Accordingly, Plaintiff is entitled to an order enjoining and restraining PCH, during the pendency of this action and permanently thereafter, from manufacturing, distributing, importing, exporting, marketing, offering for sale, or selling the Infringing Products.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief against PCH as follows:

1. For preliminary and permanent injunctions enjoining and restraining PCH, its agents, employees, representatives, partners, joint venturers, and/or anyone acting on behalf of, or in concert with, PCH, from:

A. designing, manufacturing, importing, shipping, delivering, selling, marketing, displaying, advertising, or promoting any product that incorporates designs substantially similar to the Heart Conch copyright;

B. representing or implying, directly or indirectly, to retailers, customers, distributors, licensees, or any other customers or potential customers of PCH products that PCH products originate with, are sponsored, endorsed, or licensed by, or are otherwise associated or affiliated with Plaintiff;

/ / /

2. For an order requiring the destruction of all of PCH's infringing products and all marketing, advertising, or promotional materials depicting PCH's infringing products;

3. For an accounting of all profits obtained by PCH from sales of the infringing products and an order that PCH hold all such profits in a constructive trust for the benefit of Plaintiff;

4. For an award to Plaintiff of all profits earned by PCH from the sale of the infringing products;

5. For compensatory damages according to proof, and statutory damages of no less than $150,000;

6. For pre-judgment interest on all damages awarded by this Court;

7. For reasonable attorney's fees and costs of suit incurred herein; and

8. For such other and further relief as the Court deems just and proper.

Dated: March 24, 2017

BROWNE GEORGE ROSS LLP
Peter W. Ross
Keith J. Wesley

LAW OFFICES OF GARY FREEDMAN
Gary Freedman

By *_/s/ Keith J. Wesley_*
Keith J. Wesley
Attorneys for Plaintiff
BRIGHTON COLLECTIBLES, LLC

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: March 24, 2017

BROWNE GEORGE ROSS LLP
Peter W. Ross
Keith J. Wesley

LAW OFFICES OF GARY FREEDMAN
Gary Freedman

By *<u>/s/ Keith J. Wesley</u>*
Keith J. Wesley
Attorneys for Plaintiff
BRIGHTON COLLECTIBLES, LLC

# EXHIBIT A

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

VA 866 – 097

EFFECTIVE DATE OF REGISTRATION

12 31 97
Month Day Year

SEPARATE CONTINUATION SHEET.

NATURE OF THIS WORK ▼ See instructions

Jewelry Design

**1**

Heart Conch

PREVIOUS OR ALTERNATIVE TITLES ▼

PT370

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼
LEEGIN CREATIVE LEATHER PRODUCTS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes XX No
Pseudonymous? ☐ Yes XX No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instruc-

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

08507536

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1991 ◀ Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ May Day ▶ 1 Year ▶ 1991
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Leegin Creative Leather Products, Inc.
14022 Nelson Avenue
City of Industry, CA 91746

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED DEC 31 1997

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED DEC 31 1997

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY | FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Gary Freedman
725 Arizona Ave
Suite 100
Santa Monica, Ca 90401

Area Code and Telephone Number ▶

Be sure to give your daytime phone ◀ number

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

XX authorized agent of Leegin Creative Leather Products, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Date ▶ November 29 1997

Handwritten signature (X) ▼

**9**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
Gary Freedman

Number/Street/Apt ▼
725 Arizona Ave
Suite 100

City/State/ZIP ▼
Santa Monica, Ca. 90401

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

IDENTIFYING MATERIAL

HEART CONCH

AKA PT-370



ACTUAL WIDTH - approximately 2.125"

ACTUAL HEIGHT - approximately 1.75"

ACTUAL DEPTH - approximately .25"

Description LADY BRIGHTON    Size Range S-M-L    Style # 439XX

1 3/8" ( ) HEART CONCHO BRD.



LIKE 474XX- NO LINE SPLIT    B78.91    #30.00

| STYLE | LEATHER | RAW MATERIAL | FABRIC | RAW MATERIAL | 6. EDGE DYE | 9. THREAD TOP 10. BOTTOM 11. SPI 9 | OTHER | COLOR CODE |
|---|---|---|---|---|---|---|---|---|
| | NATURAL 7-8 OZ PAINTED | 60-4690 | ANTIQUE | | | | | |
| 439 03 | AIRBRUSH LC1 BLACK | | COLOR TONE BLACK | | | 69 BLK. | | BLK |
| 439 08 | FIEBING PROFESSIONAL OIL TAN | | COLOR TONE LC1 #190 | | | 69 SEAL | | TAN |

2. Strap Cutting: TAN + WHITE STRAP X 8 PINK

3. Loop: METAL X 1

4. Tip End BRIGHTON: 474XX-A

5. Embossing:

7. Dyeing: SEE ABOVE

8. Finish: WAX TOP & BACK AFTER BRAID

12. Skive Top:

13. Skive Bottom:

14. Spec Inst #3:

15. Sizing: RESIZE AFTER BRAID +4

16. Applique:

17. Bkl End: 439XX-B

18. Stamping HOT STAMP: SIZE, STYLE

19. Spec Inst #1: *BELT NO LESS 7.5 OZ

20. Antique: SEE ABOVE

21. Spec Inst #2:

22. Splitter Top: FINISHED BELT 6 OZ

23. Bottom:

24. Bevel:

25. Spec Inst #4:

| #1 Description | Pg | Seq | Raw Mat | Std | Y/N | USQ | REL |
|---|---|---|---|---|---|---|---|
| Belt: SEE ABOVE | 1/2 | 001 | 60-4684 | 1.03 | Y | 1.03 | Y |
| ~~Lining~~ Lb: | 2/2 | 001 | 60-4684 | 0 | Y | + | Y |
| #2 Insert | | | | | | | |
| Fabric | | | | | | | |
| Buckle PRIME Z-S.R.T. PT-370 35mm | 1/2 | 004 | 25-5170 | 1.0 | Y | 1.0 | Y |
| Loop PRIME Z-S.R.T. PT-370B 35mm | 1/2 | 003 | 33-5170 | 1.0 | Y | 1.0 | Y |
| Tip | | | | | | | |
| Other w/screw PRIME Z-S.R.T. PT-370C HEART X3 | 1/2 | 001 | 31-5170 | 3.0 | Y | 3.0 | Y |
| PRIME Z-S.R.T. PT-370D ROUND X2 | 1/2 | 002 | 31-5160 | 2.0 | Y | 2.0 | Y |
| Cap/Rivet SEW w/screw | | | | | | | |
| ~~Socket~~ BRIGHTON LABEL | 1/2 | 005 | 07-3500 | 1.0 | N | 1.0 | N |
| Stud | | | 95-4010 | | | | |
| Post | | | 96-4010 | | | | |
| Hangtag B&G BB LADY BRIGHTON | 1/2 | 006 | 06-2300 | 1.0 | N | 1.0 | N |
| Boxes | 1/2 | 007 | 01-4000 | .03 | N | .03 | N |

Special Instructions

# EXHIBIT B



# EXHIBIT C

**Available in BLACK or BROWN!**

# Santa Fe Style Genuine Lambskin Leather Bag




**PLUS... FREE WALLET!**
– A $20.00 VALUE –



Elegant **BROWN** also available!



**Choose the order stamp with your COLOR CHOICE on other side.**

This large, buttery soft genuine lambskin leather bag is just as useful as it is fashionable! With lots of room for all your personal belongings – 2 large zippered compartments inside, 2 vertical zippered compartments on the front, plus a smaller zippered area inside – this lined bag has an incredible style that is finished off with intricately stamped metal heart detail and braided accents.

Bag measures 10.5" x 4.75" x 14.13". Wallet: 7" x 1" x 4". Inside is made of 100% polyester. Wipe clean with damp cloth. Imported.

**FREE Lambskin Leather Wallet** holds 5 credit cards, has a zippered change purse and accordion bill pocket!

**EACH COLOR $4.99**
4 PAYMENTS EACH ONLY

A shipping and handling charge and processing fee will be added to your merchandise order. Applicable sales tax will be added in IA, MN, NY and WI.


M4715c
NEW!
Santa Fe Style Bag
This bag will add instant style to any look, from denim to heels!
• Big, roomy and romanced with heart details
• Lined bag has 2 shoulder straps and a flap-over and buckle closure
Adorable "heart deco" details!
BEST REWARDS
FREE!
Heart Necklace
$40.00 Comparable Value
When You Order Santa Fe Style Bag
See Page 30 in your "BEST REWARDS" Flyer to purchase separately.
AS SEEN ON TV
RED COPPER™ 10" CERAMIC COPPER INFUSED FRY PAN
YOUR PRICE ONLY $19.96
FOUR PAYMENTS EACH ONLY $4.99
240337519
SANTA FE STYLE BAG
PLUS HEART NECKLACE FREE!
YOUR PRICE ONLY $19.96
FOUR PAYMENTS EACH ONLY $4.99
240039719
Professional Clean Only. Bag made of 100% polyester. Imported. Bag measures 10.2" x 14" x 5.5".
This gemstone has been treated to enhance its beauty. Avoid chemicals, abrasives, steam and ultrasonic cleaners. Jewelry not shown actual size.


NEW
Adorable
"heart deco" details!
Santa Fe-Style
Denim Bag Plus
Big, beautiful and easy to wear, this awesome bag has dashing Southwestern style!
FREE!
Blue Shell Heart Necklace
$40.00 Comparable Value
FREE!
Heart Necklace
Heart Necklace also sold separately – see page 16 of enclosed "Making You Happy…" flyer for details.
• Lined bag with two shoulder straps and a roomy interior
• Flap-over and buckle closure
Professional Clean Only. Bag made of 65% cotton & 35% polyester; Lining made of 100% polyester. Imported. Bag measures 10.2" x 15" x 5.5". Jewelry not shown actual size.
SEE OTHER SIDE FOR PRICE & ORDER STAMP